UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANGELO CARZOGLIO,

                                Plaintiff,

v.                                                            <u>ORDER</u>

ABRAMS, et al.,                                     18-cv-04198 (PMH)

                                Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Counsel for defendant and plaintiff *pro se* appeared today at 3:45 p.m. by telephone for a case management conference. Issues raised by plaintiff regarding a second camera angle and video of the strip search will be reviewed by defendant by August 2, 2021, and if such video exists, defendant shall produce it to plaintiff. By August 23, 2021, the parties are directed to meet and confer regarding settlement. Defendant is directed to file a letter by August 23, 2021 advising the Court of the outcome of these settlement discussions. In accordance with this Court's Individual Practice 4.E., defendant is directed to serve his pre-motion letter, Rule 56.1 Statement, and Notice to Pro Se Litigant Who Opposes a Motion for Summary Judgment (*See* Local Civil Rule 56.2) by August 23, 2021.

      The Clerk of the Court is requested to mail a copy of this Order to plaintiff.

SO-ORDERED:

Dated: White Plains, New York
       July 19, 2021

                                                         _____
                                                         Philip M. Halpern
                                                         United States District Judge