

**George Latimer**
**County Executive**

Department of Law

John M. Nonna
County Attorney

**VIA CM/ECF**

Honorable Philip M. Halpern
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007

> Application granted. Plaintiff shall file his opposition to Defendant's 56.1 Statement in accordance with the Court's Individual Practice Rule 4.E. by December 7, 2021.
>
> The summary judgment briefing schedule set forth in the Court's October 25, 2021 Order (Doc. 93) is adjourned to the following dates: Defendant shall file his notice of motion and opening brief by December 17, 2021; Plaintiff shall file his opposition brief by January 17, 2022; Defendant shall file his reply brief by January 31, 2022.
>
> Defendant is directed to serve a copy of this Order on Plaintiff and file proof of service on the docket.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 94.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>           November 23, 2021

      Re:    **Letter Motion for Extension of Time for Plaintiff's Opposition to Defendant's 56.1 Statement and Attendant Dates**
*Carzoglio v. Abrams*, No. 18-cv-4198 (PMH) (S.D.N.Y.)

Your Honor,

On October 25, 2021, this Honorable Court issued a memorandum endorsement ("Memorandum Endorsement") that (i) directed plaintiff Angelo Carzoglio to file his opposition to Defendant's 56.1 Statement by November 12, 2021; (ii) directed the sole remaining defendant, former Westchester County Department of Correction captain Thomas Abrams ("Defendant"), to file his notice of motion and opening brief by today, November 22, 2021; (iii) directed Defendant to serve a copy of the Memorandum Endorsement on Plaintiff; and (iv) directed Defendant to file proof of such service to the docket. (Memorandum Opinion, CM/ECF No. 93.)

This afternoon, while finalizing Defendant's motion papers—and while operating under the impression that Plaintiff had simply failed to oppose Defendant's 56.1 Statement—I realized that I neglected to serve Plaintiff with a copy of the Memorandum Endorsement. I apologize for the oversight. A copy of the Memorandum Endorsement is enclosed with the copy of this letter



2

that I'm now serving upon Plaintiff, but does not correct the error; Plaintiff's time to oppose has already expired.

Defendant hereby requests an extension of time for Plaintiff to oppose Defendant's 56.1 Statement and a concomitant extension of the court-ordered briefing schedule. Upon receipt through CM/ECF of a Memorandum Endorsement on this application, I will forward a copy to Plaintiff immediately.

        Respectfully submitted,

        **JOHN M. NONNA**
        Westchester County Attorney
        *Attorney for Defendant Abrams*

        By: */s/ Sean T. Carey*
            Sean T. Carey (SC8804)
            Sr. Assistant County Attorney, of Counsel
            Michaelian Office Building
            148 Martine Avenue, Room 600
            White Plains, NY 10601

STC/

CC:    Angelo A. Carzoglio (*via Regular Mail*)
        DIN No. 18-A-0399
        Attica Correctional Facility
        639 Exchange Street
        Box 149
        Attica, New York 14011-0149