**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ANGELO CARZOGLIO,

                          Plaintiff,

        -against-                                18 **CIVIL** 4198 (PMH)

                                                        **JUDGMENT**

THOMAS ABRAMS,

                          Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated June 17, 2022, the motion for summary judgment is GRANTED and the Amended Complaint against Defendant is dismissed with prejudice in its entirety. Judgment is entered in favor of Defendant; accordingly, the case is closed.

**Dated:** New York, New York

          June 17, 2022

                                                            **RUBY J. KRAJICK**

                                                             **Clerk of Court**
                                 **BY:**   *K. Mango*
                                                             **Deputy Clerk**