# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

ANGELO CARZOGLIO,

(List the full name(s) of the plaintiff(s)/petitioner(s).)

18 CV 4198  (PMH )(NSR )

-against-

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

THOMAS ABRAMS,

(List the full name(s) of the defendant(s)/respondent(s).)

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on  6/17/22  but did not file a notice of appeal within the required

<span style="font-size:smaller">date</span>

time period because: Plaintiff's request for extension of time is desperately needed, (1) Plaintiff is only allowed one session per week, for a period between 45-60 minutes, at the Attica Corr. Fac., law library. (2)Plaintiff has no counsel representation. (3)Plaintiff has also filed an 'Interstate Agreement on Detainers', §2, 18 U.S.C.A. App 2, in accordance with Section 580.20 of the New York State Criminal Procedure Law. Plaintiff is awaiting for that

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.) (cont. next pg.)

June 29, 2022
Dated:

*Angelo Carzoglio*
Signature

Carzoglio, Angelo, A. #18A0399
Name (Last, First, MI)

Attica Corr. Fac. 639 Exchange Street, New York 14011-0149
Address          City          State          Zip Code

N/A
Telephone Number

N/A
E-mail Address (if available)

Rev. 3/27/15

(cont. front pg.)

jurisdiction to transfer Plaintiff to dispose of the pending case. (See Forms Attached).

Plaintiff request for the maximum extension of time allowable by Federal Law.

> Application denied as moot. Plaintiff filed a timely notice of appeal at Doc. 111, which has been transmitted to the Second Circuit Court of Appeals.
>
> The Clerk of Court is respectfully directed to: (i) terminate the motion sequence pending at Doc. 110; and (ii) mail a copy of this Order to Plaintiff.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         July 21, 2022

2